UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TANNER,<br>Plaintiff,<br>v.<br>DONAGHY SALES LLC,<br>Defendants. | Case No. 2:26-cv-2482-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 3, 6, 7) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 27, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 6. No objections were filed.[1]

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

[1] On July 28, 2026, the Clerk of the Court entered a "notice of supplemental evidence" filed by Plaintiff. (Doc. No. 7.) The court has considered that notice and does not find that it bears on the findings and recommendations, which correctly concluded that this court lacks jurisdiction over this action.

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 27, 2026, ECF No. 6, are ADOPTED;
2. Plaintiff's motion for injunctive relief, ECF No. 3, is DENIED;
3. Plaintiff's notice of supplemental evidence, ECF No. 7, has been considered by the court, and to the extent that notice purports to request injunctive relief, that request is DENIED; and
4. This matter is referred back to the assigned magistrate judge for all further pretrial matters.

IT IS SO ORDERED.

Dated: **August 16, 2026**

Dena Coggins
United States District Judge